Reset Form

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

KARYN JOY GROSSMAN                          )
                                )  Case No: 3:14-CV-03557
                    Plaintiff(s),  )
                                  )  **APPLICATION FOR**
  v.                           )  **ADMISSION OF ATTORNEY**
JOHNSON & JOHNSON, et al.          )  **PRO HAC VICE**
                                  )  (CIVIL LOCAL RULE 11-3)
                    Defendant(s).  )

    I, James F. Murdica                          , an active member in good standing of the bar of New York                          , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants (see Exh. A for list)                 in the above-entitled action. My local co-counsel in this case is Alexander G. Calfo                          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Patterson Belknap Webb & Tyler LLP, 1133 Ave. of the Americas, New York, NY 10036 | Barnes & Thornburg LLP, 2029 Century Park East, Ste. 300, Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD:<br>(212) 336-2921 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 284-3781 |
| MY EMAIL ADDRESS OF RECORD:<br>jfmurdica@pbwt.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>acalfo@btlaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4297735            .

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/11/14

James F. Murdica
APPLICANT

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of James F. Murdica                is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 12, 2014

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                          *October 2012*