1  ALEXANDER G. CALFO (SBN 152891)
   alexander.calfo@btlaw.com
2  GABRIELLE J. ANDERSON-THOMPSON (SBN 247039)
   gabrielle.anderson-thompson@btlaw.com
3  SARAH E. JOHNSTON (SBN 259504)
   sarah.johnston@btlaw.com
4  **BARNES & THORNBURG LLP**
   2029 Century Park East, Suite 300
5  Los Angeles, California 90067
   Telephone:   (310) 284-3880
6  Facsimile:    (310) 284-3894

7  JAMES F. MURDICA (Admitted *pro hac vice*)
   jfmurdica@pbwt.com
8  **PATTERSON BELKNAP WEBB & TYLER LLP**
   1133 Avenue of the Americas
9  New York, New York 10036
   Telephone:   (212) 336-2921
10 Facsimile:    (212) 336-1242

11 Attorneys for Defendants
   JOHNSON & JOHNSON; JANSSEN RESEARCH &
12 DEVELOPMENT, LLC (sued herein as Johnson & Johnson
   Pharmaceutical Research & Development, L.L.C.);
13 JANSSEN PHARMACEUTICALS, INC. (sued herein as
   Ortho-McNeil-Janssen Pharmaceuticals, Inc.); and
14 MCKESSON CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHER DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KARYN JOY GROSSMAN,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, L.L.C.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; and MCKESSON CORPORATION,<br><br>Defendants. | Case No. 3:14-CV-03557-VC<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL;** [PROPOSED] **ORDER**<br><br>*[Assigned to Hon. Vince Chhabria]* |

/ / /

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

1

Case No. 3:14-cv-03557-VC

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

| | |
|---|---|
| 1 | Defendants JOHNSON & JOHNSON; JANSSEN RESEARCH & DEVELOPMENT, |
| 2 | LLC (sued herein as Johnson & Johnson Pharmaceutical Research & Development, L.L.C.); |
| 3 | JANSSEN PHARMACEUTICALS, INC. (sued herein as Ortho-McNeil-Janssen |
| 4 | Pharmaceuticals, Inc.); and MCKESSON CORPORATION (hereafter collectively "Defendants") |
| 5 | hereby request the substitution of Barnes & Thornburg LLP as counsel of record in place and |
| 6 | stead of Drinker Biddle & Reath LLP in the above-captioned matter. |
| 7 | Withdrawing counsel for Defendants is: |

Michelle A. Childers
Drinker Biddle & Reath LLP
50 Fremont Street - 20th Fl.
San Francisco, CA 94105
415-591-7500
Fax: 415-591-7510
Email: michelle.childers@dbr.com

All pleadings, orders, and notices should henceforth be served upon the following counsel for Defendants, who have already appeared in this action:

Alexander G. Calfo
Barnes & Thornburg LLP
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:   (310) 284-3880
Facsimile:   (310) 284-3894
Email:       alexander.calfo@btlaw.com

Gabrielle Anderson-Thompson
Barnes & Thornburg LLP
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:   (310) 284-3880
Facsimile:   (310) 284-3894
Email:       gabrielle.anderson-thompson@btlaw.com

Sarah E. Johnston
Barnes & Thornburg LLP
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:   (310) 284-3880
Facsimile:   (310) 284-3894
Email:       sarah.johnston@btlaw.com

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

Case No. 3:14-cv-03557-VC

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

James F. Murdica
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone:   (212) 336-2921
Facsimile:    (212) 336-1242
Email:          jfmurdica@pbwt.com

The undersigned parties and attorneys consent to the above withdrawal and substitution of counsel:

Dated: November 21, 2014              By: ___/s/ Elizabeth Carew_____
                                                                  Elizabeth Carew

                                                          Authorized Representative of Defendants
                                                          JOHNSON & JOHNSON; JANSSEN
                                                          RESEARCH & DEVELOPMENT, LLC (sued
                                                          herein as Johnson & Johnson Pharmaceutical
                                                          Research & Development, L.L.C.); and
                                                          JANSSEN PHARMACEUTICALS, INC. (sued
                                                          herein as Ortho-McNeil-Janssen
                                                          Pharmaceuticals, Inc.)

Dated: November 21, 2014              By: ___/s/ Georgette Pan_____
                                                                  Georgette Pan

                                                          Authorized Representative of Defendant
                                                          MCKESSON CORPORATION


Dated: November 21, 2014              By: ___/s/ Michelle A. Childers_____
                                                                  Michelle A. Childers

                                                          DRINKER BIDDLE and REATH, LLP


Dated: November 21, 2014              By: ___/s/ Sarah E. Johnston_____
                                                                Alexander G. Calfo
                                                          Gabrielle J. Anderson-Thompson
                                                                Sarah E. Johnston

                                                          BARNES & THORNBURG LLP

- 3 -

Case No. 3:14-cv-03557-VC

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| Dated: November 21, 2014 | By: /s/ James F. Murdica<br>James F. Murdica<br><br>PATTERSON BELKNAP WEBB & TYLER LLP |

### Attestation Pursuant to Civil Local Rule 5-1(i)

Pursuant to Civil Local Rule 5-1(i), I, Sarah E. Johnston, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on November 21, 2014 at Los Angeles, California.

/s/ Sarah E. Johnston
Sarah E. Johnston

### [PROPOSED] ORDER

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: December 15, 2014

Hon. Vince Chhabria

JUDGE OF THE UNITED STATES DISTRICT COURT