ALEXANDER G. CALFO (SBN 152891)
alexander.calfo@btlaw.com
GABRIELLE J. ANDERSON-THOMPSON
gabrielle.anderson-thompson@btlaw.com
SARAH E. JOHNSTON (SBN 259504)
sarah.johnston@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:   (310) 284-3880
Facsimile:    (310) 284-3894

JAMES F. MURDICA (Admitted *pro hac vice*)
jfmurdica@pbwt.com
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York 10036
Telephone:   (212) 336-2921
Facsimile:    (212) 336-2222

Attorneys for Defendants
JOHNSON & JOHNSON; JANSSEN RESEARCH &
DEVELOPMENT, LLC (sued herein as Johnson & Johnson
Pharmaceutical Research & Development, L.L.C.);
JANSSEN PHARMACEUTICALS, INC. (sued herein as
Ortho-McNeil-Janssen Pharmaceuticals, Inc.); and
MCKESSON CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARYN JOY GROSSMAN,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, L.L.C.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; and MCKESSON CORPORATION,<br><br>Defendants. | Case No.  3:14-CV-03557-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO TRANSFER VENUE**<br><br>*[Filed concurrently with Declaration of Sarah E. Johnston]*<br><br>*[Assigned to Hon. Vince Chhabria]* |

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO TRANSFER VENUE

1  IT IS HEREBY STIPULATED BY AND BETWEEN THE UNDERSIGNED PARTIES THAT:

1. At a Case Management Conference on February 10, 2015 this Court set a hearing on Defendants' Motion to Transfer Venue for April 2, 2015 at 10:00 a.m. in Dept. 17 of the above-entitled Court, in the following cases:

- *Karyn Joy Grossman v. Johnson & Johnson, et al.*, Case No. 3:14-CV-03557-VC[1];
- *Simon Lampard, et al. v. Johnson & Johnson, et al.*, Case No. 3:14-CV-04983-VC; and
- *Geraldine Beverly v. Johnson & Johnson, et al.*, Case No. 3:14-CV-05246-VC.

2. Following the Case Management Conference, Defendants' counsel learned of a conflict on April 2, 2015 which would prevent attendance at the hearing on April 2, 2015 (*see* Declaration of Sarah E. Johnston at ¶ 3);

3. The Parties agree that the Motion to Transfer Venue can be heard on April 9, 2015 at 10:00 a.m. in ~~Department 17~~ Courtroom 4 of the above-entitled Court, in accordance with Judge Chhabria's civil law and motion rules;

4. No other scheduling modifications have been issued on this Motion, either by stipulation or by Court order.

IT IS SO STIPULATED.

Dated: February 23, 2015         **BARON & BUDD, P.C.**


By: /s/ Thomas Sims
      Thomas Sims
      Attorneys for Plaintiff KARYN JOY GROSSMAN

---

[1] The instant Stipulation applies to the *Grossman* action, but identical Stipulations will be filed in all three actions.

Dated: February 23, 2015

BARNES & THORNBURG LLP

By: /s/ Sarah E. Johnston
Alexander G. Calfo
Gabrielle J. Anderson-Thompson
Sarah E. Johnston
Attorneys for Defendants
JOHNSON & JOHNSON; JANSSEN RESEARCH & DEVELOPMENT, LLC; JANSSEN PHARMACEUTICALS, INC.; McKESSON CORPORATION

### Attestation Pursuant to Civil Local Rule 5.1(i)

Pursuant to Civil Local Rule 5.1(i), I, Sarah E. Johnston, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on February 23, 2015 at Los Angeles, California .

/s/ Sarah E. Johnston
Sarah E. Johnston

[~~PROPOSED~~] **ORDER**

Having read and considered the Parties' Stipulation and [Proposed] Order to Continue Hearing on Defendants' Motion to Transfer Venue and accompanying Declaration of Sarah E. Johnston, PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   February 25, 2015

_____
The Honorable Vince Chhabria
United States District Court Judge